JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

08 CIV 4694

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Elijah Chisolm | Producers Rice Mill, Inc. and Chicago Sweeteners, Inc. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Eustace & Marquez<br>1311 Mamaroneck Avenue<br>White Plains, N.Y. 10601 (914) 989-6650 | Altier & Vogt, LLC<br>450 Seventh Avenue<br>New York, New York 10122 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1441 and 1446 - Personal Injury case removed based upon diversity

Has this or a similar case been previously filed in SDNY at any time? No [XX]  Yes? [ ]  Judge Previously Assigned

If yes, was this case Vol [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

MAY 19 2008

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [XX] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [XX] YES  [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)          **ORIGIN**

- [ ] 1 Original Proceeding
- [X] 2a. Removed from State Court
- [ ] 2b. Removed from State Court AND at least one party is a pro se litigant
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)          **BASIS OF JURISDICTION**          IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [X] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [X]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

1655 Monroe Avenue
Bronx, New York 10459
Bronx County
Plaintiff: Elijah Chisolm

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

222 North LaSalle Street, Suite 800
Chicago, Il 60601-1086
Illinois County
Defendant: Chicago Sweeteners, Inc.

P.O. Box 1248
Stuttgart, AR 72160
Defendant: Producers Rice Mill, Inc.

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] FOLEY SQUARE
(DO NOT check either box if this is a PRISONER PETITION.)

5/15/08  SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #    *John Maryn* (signature)

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. July Yr. 1989)
Attorney Bar Code # 3623

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____**JUDGE DOLINGER**_____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELIJAH CHISOLM,

                    Plaintiff              NOTICE OF REMOVAL OF
                                            CIVIL ACTION PURSUANT
          v.                                TO 28 U.S.C. §1441

                                            08 CIV. 4694
PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,                           ECF CASE

                    Defendants              Judge Berman
------------------------------------x
```

FILED MAY 19 2008 USDC WP SDNY

TO: CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN, that the Defendant, Total Sweetners, Inc. d/b/a Chicago Sweetners, Inc. in the civil action in the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX, hereby files this Notice of Removal to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. Sections 1441 and 1446. A true copy of the State Court Notice of Removal of Civil Action (without its attachments) is attached hereto as Exhibit "A" and is incorporated herein by reference. True and correct copies of Plaintiff's Summons and Complaint are attached hereto as Exhibit "B".

This is a civil action seeking monetary damages in excess of $75,000 of which this Court has original jurisdiction under 28 U.S.C. section 1332.

The United States District Court of the Southern District

of New York has original jurisdiction of this matter based on diversity of citizenship of the parties. The basis of this jurisdiction is provided in Section 1332(a) of Title 28 of the United States Code. This section states, in pertinent part, that the district courts should have original jurisdiction of all civil actions with a matter in controversy exceeds the sum of or value of $75,000 exclusive of interest and cost, and is between citizens of different States.

As seen from the pleadings in this matter, plaintiffs are citizens of the State of New York and defendant Total Sweeteners, Inc., d/b/a Chicago Sweeteners, Inc. is a citizen of the State of Illinois. Also named by Plaintiff is Producers Rice Mill, Inc., a citizen of Arkansas. The Summons and Complaint further alleges that the matter in controversy is well in excess of $75,000.

Concurrently with the filing of this Notice of Removal, defendant is giving notice to all known parties of this removal and the fact that this case is to be docketed in this Court and that this Court will grant relief to defendant as is proper under the circumstances.

Pursuant to 28 U.S.C. Section 1446(a) all process, pleadings and orders that have been served upon defendant to date in this matter are annexed to this Notice of Removal as Exhibit "B".

Pursuant to 28 U.S.C. 1446(d) a true and complete copy of this Notice of Removal will be submitted for filing with the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX.

DATED:  May 19, 2008
        White Plains, New York

>                    Yours, etc.,
>                    Eustace & Marquez
>                    Attorneys for Defendant
>                    **Total Sweetners, Inc. d/b/a**
>                    **Chicago Sweeteners, Inc.**
>                    Office and Post Office Address
>                    1311 Mamaroneck Avenue
>                    3rd Floor
>                    White Plains, New York  10605
>                    (914) 989-6650
>
>                    By: _____
>                        John R. Marquez - 3623

**EXHIBIT "A"**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------x   Index No.: 301572/08
ELIJAH CHISOLM,

                Plaintiff                            NOTICE OF FILING OF
                                                                   NOTICE OF REMOVAL

   v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

                Defendants
------------------------------------x

TO:   **THE CLERK OF THE SUPREME COURT FOR THE STATE OF NEW YORK AND TO ALL PARTIES TO THE ACTION HEREIN:**

PLEASE TAKE NOTICE THAT Defendant, Total Sweetners, Inc. d/b/a Chicago Sweetners, Inc. have filed a Notice of Removal of this action in the United States District Court for the Southern District of New York, on May 14, 2008, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. A Copy of the said Notice of Removal is annexed hereto as Exhibit "A". This notice is filed pursuant to 28 U.S.C. §1446(d).

DATED:   May 19, 2008
           White Plains, New York

                                        Yours, etc.,
                                        Eustace & Marquez
                                        Attorneys for Defendant
                                        **Total Sweetners, Inc. d/b/a**
                                        **Chicago Sweeteners, Inc.**
                                        1311 Mamaroneck Avenue
                                        3rd Floor
                                        White Plains, New York 10605
                                        (914) 989-6650

                                By: _____
                                         John R. Marquez

**EXHIBIT "B"**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
========================================X
ELIJAH CHISOLM,

      Plaintiff,

 -against-

PRODUCERS RICE MILL, INC. and
CHICAGO SWEETENERS, INC.,

      Defendants.
----------------------------------------X

Index No. 301572/08
Date Purchased: 2-26-08
Plaintiff designates

**BRONX**

County as the place of trial

The basis of the venue

Plaintiff's county of residence

**SUMMONS**

Plaintiff resides at
1655 Monroe Avenue
Bronx, NY 10459

County of BRONX

To the above named Defendants:

  **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
    February 19, 2008

<u>Defendants' Addresses</u>:

**PRODUCERS RICE MILL, INC.**
P.O. Box 1248
Stuttgart, AR 72160

**CHICAGO SWEETENERS, INC.**
c/o Thomas A. Korman
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601-1086

          ALTIER & VOGT, LLC
         By: _____
          PHILIP G. VOGT
         Attorneys for Plaintiff
         Office and Post Office Address
         450 Seventh Avenue, 36th fl
         New York, New York 10123
         (212) 564-9090

## NOTICE OF ENTRY OR SETTLEMENT

Sir(s):

PLEASE TAKE NOTICE that a (true) (certified) copy of which the within is a

___ NOTICE OF ENTRY

was duly entered within named Court on _____ 200__

___ NOTICE OF SETTLEMENT

will be presented for settlement to the Hon. _____ one of the Judges of the within named Court at the Courthouse at _____

on _____ 200__
at _____ o'clock __.M.

Dated:

Yours, etc.,

ALTIER & VOGT, LLC
Attorneys for Plaintiff
Office & P.O. Address:
450 Seventh Avenue
New York, New York 10123
(212) 564-9090

To:

Attorney(s) for

---

Index No. 301572-08

SUPREME COURT: BRONX COUNTY

ELIJAH CHISOLM,

Plaintiff,

-against-

PRODUCERS RICE MILL, INC. and CHICAGO SWEETENERS, INC.,

Defendants.

## SUMMONS AND VERIFIED COMPLAINT

ALTIER & VOGT, LLC
Attorneys for Plaintiff
Office & P.O. Address:
450 Seventh Avenue (36th floor)
New York, New York 10123
(212) 564-9090

To:

Attorney(s) for

---

## ADMISSION OF SERVICE

The undersigned acknowledges receipt of a copy of the within

on _____ 200__
at _____ o'clock __.M.

By:..................................

Attorney(s) for..........................

## ATTORNEY'S CERTIFICATION

STATE OF NEW YORK, COUNTY OF

The undersigned, an attorney admitted to practice in the State of New York, does hereby certify, pursuant to Section 2105 CPLR, that I have compared the within with the original and have found it to be a true and complete copy thereof.

Dated: ........................... 200__

05/06/2008  11:19    841-299-1669                CHICAGO SWEETENERS                    PAGE  04/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------X
ELIJAH CHISOLM,                                  INDEX #: 301572-05

            Plaintiff,

  -against-                                     PLAINTIFF DEMANDS
                                                 TRIAL BY JURY
PRODUCERS RICE MILL, INC. and
CHICAGO SWEETENERS, INC.,

            Defendants.
------------------------------------------------X

    Plaintiff, complaining of defendants, by his attorneys, ALTIER & VOGT, LLC, respectfully shows to this Court and alleges, upon information and belief:

    FIRST:  At all times hereinafter mentioned the plaintiff, ELIJAH CHISOLM was and still is a resident of the County of Bronx, City and State of New York.

    SECOND:  At all times herein mentioned, the defendant, PRODUCERS RICE MILL, INC. was and still is a foreign corporation authorized to do business in the State of New York.

    THIRD:  At all times herein mentioned, the defendant, PRODUCERS RICE MILL, INC. was and still is a foreign corporation doing business in the State of New York.

    FOURTH:  At all times herein mentioned, the defendant, CHICAGO SWEETENERS, INC. was and still is a foreign corporation authorized to do business in the State of New York.

    FIFTH:  At all times herein mentioned, the defendant,

05/06/2008  11:19   841-299-1669           CHICAGO SWEETENERS                PAGE  05/10

CHICAGO SWEETENERS, INC. was and still is a corporation doing business in the State of New York.

SIXTH:   That on and before March 2, 2007 defendant PRODUCERS RICE MILL, INC. owned, operated, maintained and/or controlled a certain railroad boxcar which was in use in interstate commerce for shipping food products.

SEVENTH:  That on and before March 2, 2007 defendant PRODUCERS RICE MILL, INC., by its agents, servants and/or employees, entered into a contract to sell rice to GOYA FOODS, INC.

EIGHTH:   That on and before March 2, 2007 defendant PRODUCERS RICE MILL, INC., by its agents, servants and/or employees, did sell rice to GOYA FOODS, INC. for delivery by rail on or about March 2, 2007 to New Haven Distributors, Bronx, New York.

NINTH:   That prior to March 2, 2007, defendant PRODUCERS RICE MILL, INC., by its agents, servants and/or employees, loaded said rice onto a railroad boxcar for delivery to New Haven Distributors, Bronx, New York.

TENTH:   That on and about March 2, 2007 defendant PRODUCERS RICE MILL, INC., by its agents, servants, and/or employees, did deliver, or caused to be delivered, by rail said rice to New Haven Distributors, Bronx, New York.

ELEVENTH: That defendant PRODUCERS RICE MILL, INC. did own the railroad boxcar that delivered said rice to New Haven Distributors, Bronx, New York on or about March 2, 2007.

05/06/2008  11:19  841-299-1669                CHICAGO SWEETENERS                    PAGE  06/10

**TWELFTH:** That on and before March 2, 2007 defendant CHICAGO SWEETENERS, INC. owned, operated, maintained and/or controlled a certain railroad boxcar which was in use in interstate commerce for shipping food products.

**THIRTEENTH:** That on and before March 2, 2007 defendant CHICAGO SWEETENERS, INC., by its agents, servants and/or employees, entered into a contract to sell powdered drink mix to 4C FOODS CORP.

**FOURTEENTH:** That on and before March 2, 2007 defendant CHICAGO SWEETENERS, INC., by its agents, servants and/or employees, did sell powdered drink mix to 4C FOODS CORP. for delivery by rail on or about March 2, 2007 to New Haven Distributors, Bronx, New York.

**FIFTHTEENTH:** That prior to March 2, 2007, defendant CHICAGO SWEETENERS, INC., by its agents, servants and/or employees, loaded said powdered drink mix onto a railroad boxcar for delivery to New Haven Distributors, Bronx, New York.

**SIXTEENTH:** That on and about March 2, 2007 defendant CHICAGO SWEETNERS, INC., by its agents, servants and/or employees, did deliver, or caused to be delivered, by rail said powdered drink mix to New Haven Distributors, Bronx, New York.

**SEVENTEENTH:** That defendant CHICAGO SWEETENERS, INC. did own the railroad boxcar that delivered said rice to New Haven Distributors, Bronx, New York on or about March 2, 2007.

**EIGHTEENTH:** That on March 2, 2007 the aforesaid railroad boxcar was at 999 East 149th Street, Bronx, New York.

05/06/2008  11:19   841-299-1669         CHICAGO SWEETENERS              PAGE 07/10

**NINETEENTH:** That on March 2, 2007 at 999 East 149th Street, Bronx, New York, plaintiff ELIJAH CHISOLM was injured while attempting to close a door on said railroad boxcar.

**TWENTIETH:** That plaintiff's injury was cause solely and wholly by reason of the dangerous and defective condition of the defendants' railroad boxcar and/or its negligence in the packing/loading of said boxcar.

**TWENTY-FIRST:** The plaintiff's injury was cause solely and wholly by reason of the carelessness, recklessness and negligence of defendants, their agents, servants and employees in the following respects: in that employees of defendants were careless and negligent in the performance of their duties; in that defendants' employees were negligent in the operation and work of defendants' business; in that defendants maintained said box car in an improper, defective and dangerous condition; in causing, allowing, suffering and/or permitting the roof of the boxcar to leak thereby causing rainwater to collect inside and on the floor of the boxcar and to be slippery; in causing, allowing, suffering and/or permitting the shipment/load/freight in the boxcar to be improperly packed/stored/secured/contained causing it to shift and break open thereby allowing debris to fall and spill onto the floor of the boxcar; in causing, allowing, suffering and/or permitting the door mechanism of said boxcar to be and remain in disrepair, and to be and remain in a dangerous and defective condition; in failing to properly repair inspect and maintain the door and door track and door movement mechanism of said boxcar;

in owning, operating, maintaining and/or controlling said boxcar with a dangerous and defective door and door track and door movement mechanism that was unable to be closed in a safe and proper manner; in placing said dangerous and defective boxcar into use; in that employees of defendants failed to take proper precautions to prevent the injuries sustained by plaintiff; in that defendants violated applicable governmental rules and regulations including rules and regulations of the Occupational Safety and Health Administration and Federal Railroad Administration; in that defendants failed to promulgate and enforce proper and safe rules for the safe conduct of the work and operation of its business; in failing to guard against those risks and/or dangers which defendants knew or by the exercise of due care should have known; in failing to exercise reasonable care to provide a safe and efficient railroad boxcar; in failing to timely inspect and maintain said railroad boxcar; in violating its own safety rules and regulations and accustomed practice in the industry.

TWENTY-SECOND: Said occurrence and the injuries resulting therefrom were due wholly and solely to the negligence of defendants, their agents, servants and employees, and the defects in defendant's property and equipment as aforesaid, without any fault or negligence on the part of plaintiff contributing thereto.

TWENTY-THIRD: By reason of the premises, plaintiff was severely and seriously injured; suffered and will continue in the

05/06/2008  11:19   841-299-1669              CHICAGO SWEETENERS                     PAGE  09/10

future to suffer pain and injury; has become sick, sore, lame and disabled, and will be permanently injured; has lost and will lose in the future sums of money which he otherwise would have earned; has been compelled to spend sums of money and incur liability for medical treatment and medicine, and will incur such expenses in the future.

TWENTY-FOURTH: That this action is exempt from Article 16 of the CPLR.

TWENTY-FIFTH: By reason of the premises, plaintiff has been damaged in the sum of which exceeds the jurisdictional limitations of all inferior courts.

WHEREFORE, plaintiff demands judgment against the defendants jointly and/or severally in the sum which exceeds the jurisdictional limitations of all inferior courts, together with the costs and disbursements of this action.

Dated: New York, N.Y.
       February 19, 2007

                                    Yours, etc.

                                    ALTIER & VOGT, LLC

                                    BY: _____
                                        PHILIP P. VOGT
                                        Attorneys for Plaintiff
                                        450 Seventh Avenue
                                        New York, New York 10123
                                        212-564-9090

  I, the undersigned, an attorney admitted to practice law in the courts of New York State, state that I am a member of the firm of ALTIER & VOGT, LLC, attorneys of record for Plaintiff in the within action; I have read the foregoing Complaint and it is true to my own knowledge, except as to matters therein stated on information and belief and as to those matters I believe it to be true; that the ground of my belief as to all matters not stated upon my knowledge are correspondence and other writings furnished to me by plaintiff and interviews with plaintiff; and that the reason why the verification is not made by plaintiff is that plaintiff does not reside in the County of New York where affirmant maintains his office.

  I affirm that the foregoing statements are true, under the penalties of perjury.

Dated: New York, N.Y.
   February 19, 2008

                 _____
                  PHILIP F. VOGT

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELIJAH CHISOLM,

                    Plaintiff                      AFFIDAVIT OF SERVICE

        v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

                    Defendants
------------------------------------x


STATE OF NEW YORK          )
                           ss.
COUNTY OF WESTCHESTER      )
```

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 20, 2008, I served upon:

Altier & Vogt, LLC
Attorneys for Plaintiff,
Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.
Attorneys for Defendant,
Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona  72160

a true copy of the annexed **NOTICE OF REMOVAL** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of

New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:   May 20, 2008
         White Plains, New York

                                        _____
                                        Linda McKeiver

Sworn and subscribed
before me on May 20, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6049180
Qualified in Rockland County
Commission Expires 10/10/10

Docket No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ELIJAH CHISOLM,

       Plaintiff

  -against-

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS, INC.,

       Defendants
_____
_____

_____

**NOTICE OF REMOVAL**
_____

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Total Sweetners, Inc. d/b/a Chicago Sweeteners, Inc.**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York 10605
(914) 989-6650