UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ELIJAH CHISOLM,

        Plaintiff

v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

        Defendants
----------------------------------------x

RULE 7.1 STATEMENT

08 CIV. 4694
Judge Berman

FILED
MAY 19 2008
Docket No.:
301572/08
USDC WP SDNY

    Pursuant to Rule 7.1 of the local Rules of United States District Court for the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Total Sweetners, Inc. d/b/a Chicago Sweeteners, Inc., certifies that the following are publicly traded corporate parents, subsidiaries, or affiliates of that party: NONE.

DATED:   May 19, 2008
           White Plains, New York

                          Yours, etc.,
                          EUSTACE & MARQUEZ
                          Attorneys for Defendants,
                          **TOTAL SWEETNERS, INC. d/b/a**
                          **CHICAGO SWEETENERS, INC.**
                          1311 Mamaroneck Avenue
                          3rd Floor
                          White Plains, New York  10605
                          (914) 989-6650

                          By: _____
                              John R. Marquez - 3623

TO:

Altier & Vogt, LLC
Philip P. Vogt, Esq.
Attorneys for Plaintiff, Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.,
P. O. Box 1248
Stuttgart, Arizona  72160

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Index No.:  301572/08
ELIJAH CHISOLM,

                    Plaintiff            AFFIDAVIT OF SERVICE

        v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

                    Defendants
------------------------------------x

STATE OF NEW YORK       )
                        ss.
COUNTY OF WESTCHESTER   )
```

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 20, 2008, I served upon:

Altier & Vogt, LLC
Philip P. Vogt, Esq.
Attorneys for Plaintiff, , Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.,
P. O. Box 1248
Stuttgart, Arizona  72160

a true copy of the annexed **RULE 7.1 STATEMENT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of

New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:    May 20, 2008
             White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May 20, 2008

_____
ARLENE M. KELLY
Notary Public, State of New York
No. 01KE0049100
Qualified in Rockland County
Commission Expires 10/16/10

Docket No.: 301572/08
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH CHISOLM,

Plaintiff

against

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS, INC.,

Defendants

---

**RULE 7.1 STATEMENT**

---

EUSTACE & MARQUEZ
Attorneys for Defendant
**TOTAL SWEETNERS, INC. d/b/a CHICAGO SWEETENERS, INC.**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650