UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   Docket No.:  08 CIV
ELIJAH CHISOLM,                          4694

              Plaintiff
                                        **NOTICE OF APPEARANCE**
       v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

              Defendants
------------------------------------x


       Defendant, Total Sweetners, Inc. d/b/a Chicago Sweeteners, Inc., hereby appears in this action by the undersigned attorney, John R. Marquez of the Law Firm of Eustace & Marquez.

Dated:   White Plains, New York
         May 21, 2008

                                   Yours, etc.,
                                   **EUSTACE & MARQUEZ**
                                   Attorneys for Defendant
                                   **Chicago Sweeteners, Inc.**
                                   Eustace & Marquez
                                   1311 Mamaroneck Avenue
                                   3rd Floor
                                   White Plains, New York  10605
                                   (914) 989-6650

                           By:     _____
                                   John R. Marquez - 3623

To:  Altier & Vogt, LLC
     Attorneys for Plaintiff,
     Elijah Chisolm
     450 Seventh Avenue
     36th Floor
     New York, New York  10122

```
Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona   72160
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x    Docket No.: 08 CIV
ELIJAH CHISOLM,                           4694

                Plaintiff

        v.                                AFFIDAVIT OF SERVICE

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

                Defendants
-------------------------------------x

STATE OF NEW YORK           )
                            ss.
COUNTY OF WESTCHESTER       )
```

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 21, 2008, I served upon:

Altier & Vogt, LLC
Attorneys for Plaintiff,
Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona  72160

a true copy of the annexed **NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address

designated by him or her upon the last paper served by him or her in the action.

DATED:   May 21, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May 21, 2008

_____
Notary Public

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6049180
Qualified in Rockland County
Commission Expires 10/10/10

Docket No.:  08 CIV 4694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH CHISOLM,

       Plaintiff

  -against-

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS, INC.,

       Defendants

---

**NOTICE OF APPEARANCE**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Chicago Sweeteners, Inc.**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650