8UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ELIJAH CHISOLM,                              08 CIV. 4694
                                             Judge Berman
                    Plaintiff,
                                             DEMAND FOR A
      - against -                            TRIAL BY JURY

PRODUCERS RICE MILL, INC. and
CHICAGO SWEETENERS, INC.,

                    Defendants.
----------------------------------X

S I R S :

   PLEASE TAKE NOTICE, that plaintiff, ELIJAH CHISOLM, pursuant to FRCP Rule 38(b) hereby demands a trial by jury of all issues in this matter.

Dated:  New York, N.Y.
        May 22, 2008

                                    Respectfully submitted,

                                    ALTIER & VOGT, LLC
                                    Attorneys for Plaintiff

                                    By _____
                                       PHILIP P. VOGT    PV0377
                                    450 Seventh Avenue
                                    New York, New York 10123
                                    212-564-9090

TO:   **EUSTACE & MARQUEZ**
      Attorneys for Defendant
      **TOTAL SWEETNERS, INC. d/b/a
      CHICAGO SWEETENERS, INC.**
      1311 Mamaroneck Avenue, 3rd floor
      White Plains, NY  10605
      914-989-6650  -  Fax: 914-989-6638
      Attn: John R. Marquez (JM3623)

      **PRODUCERS RICE MILL, INC.**
      P.O. Box 1248
      Stuttgart, AR  72160

STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NEW YORK )

Michael Kelly, being duly sworn, deposes and says:

I am not a party to this action; I am over 18 years of age; I reside in Morris County, New Jersey.

On May 22, 2008, I served the within DEMAND FOR A TRIAL BY JURY, upon the following:

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**TOTAL SWEETNERS, INC. d/b/a**
    **CHICAGO SWEETENERS, INC.**
1311 Mamaroneck Avenue, 3rd floor
White Plains, NY  10605
914-989-6650   -   Fax: 914-989-6638
Attn:  John R. Marquez (JM3623)

**PRODUCERS RICE MILL, INC.**
P.O. Box 1248
Stuttgart, AR  72160

the said addresses being designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

_____
Michael Kelly

Sworn to before me this
22nd day of May 2008

_____
Notary Public

PHILIP R VOGT
Notary Public, State of New York
No. 02-4733900
Qualified in Nassau County
Commission Expires Dec. 31, 2010