UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELIJAH CHISOLM,

        Plaintiff

        v.

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

        Defendants
------------------------------------x

Docket No.: 08 CIV. 4694

**ANSWER TO COMPLAINT**

    Defendant, Rafi Industries d/b/a Chicago Sweeteners, Inc., by its attorneys, EUSTACE & MARQUEZ, answers the Complaint of the Plaintiff by stating as follows:

    1. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph FIRST.

    2. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph SECOND.

    3. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph THIRD.

    4. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph FOURTH.

5. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph SIXTH.

6. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph SEVENTH.

7. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph EIGHTH.

8. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph NINTH.

9. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph TENTH.

10. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph ELEVENTH.

11. Denies, upon information and belief, the allegations of paragraph TWELFTH.

12. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph THIRTEENTH, except to admit that on and before March 2, 2007

Defendant Rafi Industries s/h/a Chicago Sweeteners, Inc. entered into a contract to sell powered drink mix to 4C FOODS CORP.

13. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph FOURTEENTH, except to admit that on and before March 2, 2007 Defendant Rafi Industries s/h/a Chicago Sweeteners, Inc. did sell powdered drink mix to 4C FOODS CORP. for delivery by rail on or about March 2, 2007 to New Haven Distributors, Bronx, New York.

14. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph FIFTHTEENTH, except to admit that Defendant Rafi Industries s/h/a Chicago Sweeteners, Inc. loaded said powdered drink mix onto a railroad boxcar for delivery to New Haven Distributors, Bronx, New York.

15. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph SIXTEENTH.

16. Denies, upon information and belief, the allegations of paragraph SEVENTEENTH.

17. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph EIGHTEENTH.

18. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph NINETENNTH.

19. Denies, upon information and belief, the allegations of paragraph TWENTIETH.

20. Denies, upon information and belief, the allegations of paragraph TWENTY-FIRST.

21. Denies, upon information and belief, the allegations of paragraph TWENTY-SECOND.

22. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph TWENTY-THIRD.

23. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph TWENTY-FOURTH and respectfully refers all questions of law to this Honorable Court.

24. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph TWENTY-FIFTH.

**AS AND FOR A CROSS-CLAIM FOR CONTRIBUTION AGAINST: PRODUCERS RICE MILL, INC.**

25. If any plaintiff recovers against this Defendant, then this Defendant will be entitled to an apportionment of responsibility for damages between and amongst the parties of

this action and will be entitled to recover from each other party for its proportional share commensurate with any judgment which may be awarded to the plaintiff.

**AS AND FOR A CROSS-CLAIM FOR COMMON LAW INDEMNITY AGAINST: PRODUCERS RICE MILL, INC.**

26. If any plaintiff recovers against this Defendant, then this Defendant will be entitled to be indemnified and to recover the full amount of any judgment from the PRODUCERS RICE MILL, INC.

WHEREFORE, this Defendant demands judgment dismissing the Complaint, together with costs and disbursements, and in the event any judgment or settlement is recovered herein against this Defendant, then this Defendant further demands that such judgment be reduced by the amount which is proportionate to the degree of culpability of any plaintiff, and this Defendant further demands judgment against each other party on the respective crossclaims

and/or counterclaims.

DATED: May 27, 2008
       White Plains, New York

                                      Yours, etc.,

                                      **EUSTACE & MARQUEZ**
                                      Attorneys for Defendant
                                      **RAFI INDUSTRIES d/b/a CHICAGO SWEETENERS, INC.**
                                      Office and Post Office Address
                                      1311 Mamaroneck Avenue
                                      3rd Floor
                                      White Plains, New York   10605
                                      (914) 989-6650

                                      By: _____
                                             John R. Marquez - 3623

To:

Altier & Vogt, LLC
Attorneys for Plaintiff, Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York   10122

Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona   72160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ELIJAH CHISOLM,                               Docket No.: 08 CIV. 4694

       Plaintiff

       v.                                          **VERIFICATION**

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

       Defendants
----------------------------------------x

    John R. Marquez, an attorney duly admitted to practice law before the Courts of New York State, hereby affirms under the penalties of perjury pursuant to CPLR 2106:

    I am a member of the firm of EUSTACE & MARQUEZ, attorneys for the Defendant, Rafi Industries d/b/a Chicago Sweeteners, Inc.

    I submit the following statement upon information and belief, based upon an inspection of the records maintained by this office, which records I believe to be true.

    That I have read the contents of the attached ANSWER TO COMPLAINT for Defendant Rafi Industries d/b/a Chicago Sweeteners, Inc. and believe it to be true based on information available or maintained by this firm. I make this verification because this Defendant is either a foreign corporation or is not located in Westchester

County.

DATED: May 27, 2008
       White Plains, New York

                                         _____
                                         John R. Marquez - 3623