UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   Docket No.:  08 CIV.
ELIJAH CHISOLM,                          4694

              Plaintiff

                                                        **AMENDED NOTICE OF**
  v.                                                     **APPEARANCE**

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

              Defendants
------------------------------------x

    Defendant, **Rafi Industries d/b/a Chicago Sweeteners, Inc.**, hereby appears in this action by the undersigned attorney, John R. Marquez of the Law Firm of Eustace & Marquez.

    Previously, this Defendant appeared in this litigation as **Total Sweetners d/b/a Chicago Sweeteners, Inc.**

    By this Amended Appearance, all parties are informed the correct corporate name for Defendant is **Rafi Industries d/b/a Chicago Sweeteners, Inc.**

Dated:    White Plains, New York
               June 11, 2008

                                      Yours, etc.,
                                      **EUSTACE & MARQUEZ**
                                      Attorneys for Defendant
                                      **Rafi Industries d/b/a Chicago Sweeteners, Inc.**
                                      1311 Mamaroneck Avenue
                                      White Plains, New York  10605
                                      (914) 989-6650

                         By: _____
                             John R. Marquez 3623

To:  Altier & Vogt, LLC
     Attorneys for Plaintiff,
     Elijah Chisolm
     450 Seventh Avenue
     36th Floor
     New York, New York  10122

     Producers Rice Mill, Inc.
     P. O. Box 1248
     Stuttgart, Arizona  72160

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Docket No.:  08 CIV.
ELIJAH CHISOLM,                          4694

              Plaintiff

         v.                              **AFFIDAVIT OF SERVICE**

PRODUCERS RICE MILL, INC. AND CHICAGO
SWEETENERS, INC.,

              Defendants
------------------------------------x

STATE OF NEW YORK            )
                             ss.
COUNTY OF WESTCHESTER        )
```

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on June 12, 2008, I served upon:

Altier & Vogt, LLC
Attorneys for Plaintiff,
Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona  72160

a true copy of the annexed **AMENDED NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address

designated by him or her upon the last paper served by him or her in the action.

DATED:   June 12, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on June 12, 2008

_____

Docket No.:  08 CIV. 4694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH CHISOLM,

       Plaintiff

  -against-

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS, INC.,

       Defendants

---

**AMENDED NOTICE OF APPEARANCE**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Rafi Industries d/b/a Chicago Sweeteners, Inc.**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650