# ALTIER & VOGT, LLC

ATTORNEYS AT LAW
450 SEVENTH AVENUE, 36TH FLOOR
NEW YORK, NY 10123
(ONE BLOCK NORTH OF PENN STATION)

JOSEPH P. ALTIER
PHILIP P. VOGT
MICHAEL LEVINE
ELIZABETH ZYMBERI

212-564-9090
FAX NO: 212-268-8529
http://www.Altier-Vogt.com
E-Mail: A&V@Altier-Vogt.com

OF COUNSEL
S. ALAN LeBLANG

June 23, 2008

**By Hand**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21D
New York, New York 10007

JUN 23 2008

Re:   Chisolm v. Producers Rice Mill, Inc., et al
      08 Civ. 4694 (RMB)

**MEMO ENDORSED**
p 2

Dear Honorable Sir:

I am the attorney for Plaintiff in the above captioned action and pursuant to your Honor's rules of practice, I am writing to request an adjournment of the Initial Conference that is scheduled to take place on Wednesday, June 25, 2008, at 9:00 a.m.

The reason for this request is that I am currently on trial in the case of *Thomas Houlihan v. Joyce Ackerman*, in Supreme Court, Queens County. The Index Number in that matter is 24701/05.

On June 17, 2008, I sent a letter to Your Honor requesting a pre-motion conference as plaintiff would like to move the court the consolidate a related action currently pending in State Supreme Court, Bronx County, with the claims currently before your honor in this case.

John Marquez, Esq. the attorney for defendant Chicago Sweeteners in this action has been notified and consents to this request.

Matt McDermott, Esq., the attorney for the defendant, CSX Corporation, in the Supreme Court action has been notified and consents to this request.

I have been unable to contact defendant Producers Rice Mill, Inc. as it has not appeared in this action. A copy of this letter has been forwarded by mail.

RE:     CHISOLM v. PRODUCERS RICE MILL
PAGE TWO
JUNE 23, 2008

The parties would be available during the last two weeks in July, 2008.

Thank you for your courtesy in this matter.

Kindly advise.

                                        Respectfully yours,

                                        *[signature]*
                                        MICHAEL LEVINE

CC:     Eustace & Marquez
        Attorneys for Chicago Sweeteners
        1311 Mamaroneck Avenue
        3rd Floor
        White Plains, N.Y. 10605
        Attn: John Marquez, Esq.
        Via Facsimile: (914) 989-6638

        Goldberg Segalla LLP
        Attorney for CSX (State Court action)
        170 Hamilton Avenue
        Suite 203
        White Plains, N.Y. 10601
        Attn: Matthew McDermott, Esq.
        Via Facsimile: (914) 798-5401

        Producers Rice Mill, Inc.
        P.O. Box 1248
        Stuttgart, Arkansas 72160
        Has Not Appeared
        Via Mail

> Application to adjourn conference granted. Pre-trial conference adjourned to 7/24/08 at 9:00 a.m. No motions prior to the conference.
>
> SO ORDERED:
> Date: 6/24/08    *[signed]* Richard M. Berman, U.S.D.J.