UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x          Docket No.
ELIJAH CHISOLM,                                 08 CIV. 4694

              Plaintiff

                                                **RULE 26.1 DISCLOSURE**
         v.                                           **STATEMENT**

PRODUCERS RICE MILL, INC. AND CHICAGO          **JUDGE ASSIGNED:**
SWEETENERS, INC.,                              **HON. RICHARD M.**
                                                    **BERMAN**
              Defendants
------------------------------------x

     Defendant, Rafi Industries d/b/a Chicago Sweeteners, Inc., as
and for its initial disclosure requirements of Rule 26(a)(1) of
the Federal Rules of Civil Procedure, sets forth the following:

     **Rule 26(a)(1)(A):** Provide the name and if known, the
address and telephone number of each individual likely to have
discoverable information relevant to disputed facts alleged with
particularity in the pleadings, identifying the subjects of the
information.

     **Response:** Individuals likely to have discoverable
information include all parties of this litigation, all person
named in all discovery and investigations, all treating and
examining doctors, family doctors of plaintiff, all medical
personnel who have rendered care to the plaintiff in the last
ten (10) years, custodians of plaintiff's medical, legal,
criminal, educational and insurance claims, any and all members
of the plaintiff's household, owner(s) of the "railroad box car"
at issue in this lawsuit, investigating personnel and/or police,
all persons who investigated or prepared a record for any
governmental unit in connection with the alleged incident, and
any other individuals identified through ongoing pretrial
discovery and examination and cross-examination of all parties
and witnesses up to and

including the time of trial in this matter.

Specifically, it is believed that non-party witnesses may include, *inter alia*:

1.    James Zeno, P.O. Box 233, South Fallsburg, New York 12279.

**Rules 26(a)(1)(B):**  Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**Response:**  Transportation contract between Chicago Sweeteners and Union Pacific Railroad Company, attached hereto as Exhibit "A".

**Rule 26(a)(1)(C):**  Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**  Not applicable.

**Rule 26(a)(1)(D):**  Provide for inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered into the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**  Insurance coverage in this matter is afforded to Defendant, Rafi Industries d/b/a Chicago Sweeteners, Inc., by

Federal Insurance Company, in the amount of $1,000,000 under policy number 35795424, with effective dates of March 1, 2007 through March 1, 2008.

Dated:    White Plains, New York
          July 21, 2008

                              EUSTACE & MARQUEZ
                              Attorney for Defendant,
                              RAFI INDUSTRIES d/b/a CHICAGO
                              SWEETENERS, INC.
                              1311 Mamaroneck Avenue
                              3rd Floor
                              White Plains, New York  10605
                              (914) 989-6650

                              By:    _____
                                     John R. Marquez (JRM - 3623)

TO:

Altier & Vogt, LLC
Philip P. Vogt, Esq.
Attorneys for Plaintiff, Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York  10122

Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona  72160

Docket No. 1:08-cv-04694-LAP-694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH CHISOLM,

                         Plaintiff

          against

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS, INC.,

                  Defendants

---

**RULE 26.1 DISCLOSURE STATEMENT**

---

EUSTACE & MARQUEZ
Attorneys for Defendant
**RAFI INDUSTRIES d/b/a CHICAGO SWEETENERS, INC.**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650

EXHIBIT "A"



AMENDMENT Z
TO
UPLQ-79197.002

# UNION PACIFIC RAILROAD COMPANY

## Amended Quote

Issued:

**Effective:**
March 1, 2007

Rates printed as of (February 16, 2007)

Issued by:
Union Pacific Railroad Company
1400 Douglas Street
Omaha, NE 68179



| Please use this number in all correspondence. | CJD |
|---|---|
| UPLQ-79197.002-Z | |

## AMENDMENT to UPLQ 79197.002

**Account Of:** TOTAL SWEETENERS INC

**Term:** The Effective Date of this Agreement shall be March 1, 2007 and it shall expire on September 30, 2007 (Expiration Date).

**Subject To:** Subject to the the provisions of Union Pacific Railroad Company Governing Rules 4-series, as amended from time to time. This publication can be found at: http://www.uprr.com/customers/myterms.shtml

This Agreement shall become binding on the parties upon acceptance by the Customer named above. Customer may accept the terms and conditions of this Agreement either by written notice to Railroad, or by tender of traffic under its terms. Additionally, it is understood that the terms and conditions of the Governing Rules circular specified hereinabove, are hereby unconditionally incorporated herein and accepted by the parties to govern shipments made hereunder.

**Reference:** All shipping Documents must make reference to UPLQ-79197.002-Z as well as the seven digit STCC (where applicable), Origin, Destination and Equipment Identification Number on their face when tendered to the Origin Carrier.

**Confidentiality:** No party may disclose any of the terms of this Letter Quote to any non-party without the prior written consent of the other parties except (1) as required by law; (2) to a corporate parent, subsidiary or affiliate; or (3) to counsel or auditors retained by a party for the purpose of assessing the accuracy of freight charges, if, and only if, they agree in a legally binding instrument that they will abide by this confidentiality clause as if they were a party to this Quote. Each party agrees to indemnify the other from and against any damage(s) suffered by a party as a result of disclosure by a party hereto, or by an auditor, of any of the terms, conditions or rates set forth herein in violation of this CONFIDENTIALITY provision. In the event a party determines that the terms of this Quote have been disclosed to a non-party, then the non-disclosing party shall have the option to terminate this Quote upon thirty (30) days written notice to the disclosing party, and seek whatever other legal remedies it may have.

**THIRD PARTY BENEFICIARIES:** Unless otherwise specifically referenced in this Letter Quote, it is intended to apply for the sole benefit of the parties hereto and is binding upon their respective successors and assigns. Nothing in this Quote is intended or may be construed to give any person, firm, corporation or other entity, other than the parties hereto, their permitted successors and permitted assigns, and their affiliates any legal or equitable right, remedy or claim under this Quote.

**Payment Procedures (Freight Charges):** Customer shall pay to the billing Railroad the rate(s) set forth herein, and the charges accrued hereunder,in accordance with the credit and collection terms set forth in Uniform Freight Classification 6000-series, Rule 62, as amended from time to time. Rate(s) in this price document are expressed in U.S. currency.

All claims for overcharges or undercharges (including duplicate payments) for freight charges arising under this Agreement must be filed in writing within twelve (12) months from the date of the original freight bill. Any court proceeding to collect an overcharge or an undercharge shall be commenced within six (6) months of the date of written declination of a timely filed claim. Overcharge or undercharge claims or lawsuits for less than $100.00 per freight bill shall not be filed.

UPLQ-79197.002-Z cont'd.

No claim shall be paid if the overcharge or undercharge is found to be under $100.00 per freight bill

**Refund Application:** Union Pacific will refund to Customer fifty (50%) percent of the car hire charge imposed by Transportacion Ferroviaria Mexicana (TFM) up to, but not exceeding, one hundred fifty ($150.00) dollars per car when empty equipment is supplied from the United States to Customer at Matamoros, Tamaulipas.

**Rate Adjustments:** Prices are subject to selective increases.

**Surcharge:** In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (cia.doe.gov) equals or exceeds $1.35 per gallon, UP will apply a fuel surcharge to linehaul freight charges referencing or subject to this authority. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1stday of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (cia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| HDF Average Price (Per Gallon) | Fuel Surcharge (Percentage) |
|---|---|
| $0.00 to $1.349 | 0.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |
| Each $0.05 per gallon increase thereafter | Additional 0.5% |

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

UPLQ-79197.002-Z conf'd.

| STCC GROUP | STCC | DESCRIPTION |
|---|---|---|
| 20 FOOD OR KINDRED GROUP | | |
| | 20871 | Miscellaneous Flavoring Extracts,Syrups Or Compounds Exc.Chocolate Syrups See 20713 |
| | 20998 | Tea Or Instant Tea |

## APPLICATION AND RATES

| COLUMN | RATE APPLICATION RULES |
|---|---|
| 1. | Rates are in U.S. dollars Per Car. |
| | Price applies in railroad owned or leased equipment, OR Price applies in equipment owned by TTX, |
| | AND |
| | Price applies in equipment with an inside length not exceeding 52 feet 08 inches. |
| 2. | Rates are in U.S. dollars Per Car. |
| | Price applies in railroad owned or leased equipment, OR Price applies in equipment owned by TTX, |
| | AND |
| | Price applies in equipment with an inside length equal to or greater than 52 feet 09 inches but not exceeding 63 feet 00 inches. |

| | | Col 1 Rate | Col 2 Rate | Route Code/Group |
|---|---|---|---|---|
| STCC Group: 20 FOOD OR KINDRED GROUP | | | | |
| From: BROWNSVILLE GROUP | | | | |
| To: BERKELEY GROUP | | | | UP |
| CA, HAYWARD | | | | UP |
| CITY OF INDUSTRY/COMMERCE GROUP | | | | UP |
| EAST ST LOUIS GROUP | | | | UP |
| IL, STEELEVILLE | | | | UP |
| KEARNY GROUP | | | | UP CSXT 169% |
| PA, EAST GREENVILLE | | | | UP NS 2 |
| WA, KENT | | | | UP |
| From: KEARNY GROUP | | | | |
| To: BROWNSVILLE GROUP | | | | CSXT UP 169% |

## APPLICATION AND RATES

| COLUMN | RATE APPLICATION RULES |
|---|---|
| 1. | Rates are in U.S. dollars Per Car. |
| | Price applies in shipper owned or leased equipment. |
| | Price does not apply in equipment owned by TTX. |
| | Price(s) apply in AAR Car Type C, covered hopper cars, OR Price(s) apply in AAR Car Type L06, special type cars. |
| 2. | Rates are in U.S. dollars Per Car. |
| | Price applies in railroad owned or leased equipment, OR Price applies in equipment owned by TTX, |
| | AND |

UPLQ-79197.002-Z cont'd.

| COLUMN | RATE APPLICATION RULES | | | |
|---|---|---|---|---|
| | Price(s) apply in AAR Car Type C, covered hopper cars, OR Price(s) apply in AAR Car Type L06, special type cars. | | | |
| | | Col 1 Rate | Col 2 Rate | Route (Alt-Group) |
| **STCC Group: 20 FOOD OR KINDRED GROUP** | | | | |
| From: TX, BROWNSVILLE | | | | |
| To: CA, UNION CITY | | | | UP |
| HERSHEYE GREENVILLE GROUP | | | | UP NS 2 |
| IA, WAVERLY | | | | UP CN 2106 |
| IL, CHICAGO | | | | UP |
| IL, EAST ST LOUIS | | | | UP |
| TN, MORRISTOWN | | | | UP NS 1063 |
| WI, BURLINGTON | | | | UP CN 48 |
| WI, SHEBOYGAN | | | | UP |

| ROUTE CODE | ROUTE GROUP | ROUTE |
|---|---|---|
| UP UP 0 | | UP |
| UP CSXT 1696 | | UP -East St Louis, IL-CSXT |
| UP NS 2 | | UP -East St Louis, IL-NS |
| CSXT UP 1695 | | CSXT-East St Louis, IL-UP |
| UP CN 2106 | | UP -Iowa Falls, IA-CN |
| UP NS 1063 | | UP -New Orleans, LA-NS |
| UP CN 48 | | UP -Chicago, IL-CN |

UPLQ-79197.002-Z cont'd.

# APPENDIX A
## ORIGIN AND DESTINATION GROUPS

**GROUP NAME**
**LOCATIONS**

BERKELEY GROUP
    IL, BERKELEY
    IL, CHICAGO
    IL, CHICAGO HEIGHTS
    IL, MELROSE PARK

BROWNSVILLE GROUP
    TX, BROWNSVILLE
    TX, LAREDO

CITY OF INDUSTRY/COMMERCE GROUP
    CA, CITY OF COMMERCE
    CA, CITY OF INDUSTRY

EAST ST LOUIS GROUP
    IL, EAST ST LOUIS
    MO, ST LOUIS

HERSHEY/E. GREENVILLE GROUP
    PA, EAST GREENVILLE
    PA, HERSHEY

KEARNY GROUP
    NJ, KEARNY
    NY, NEW YORK

DRAFT COPY