UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x     Index No.: 08 CIV. 4694
ELIJAH CHISOLM,

                    Plaintiff                     **AFFIDAVIT OF SERVICE**

    v.

PRODUCERS RICE MILL, INC. AND CHICAGO SWEETENERS,
INC.,

                    Defendants
------------------------------------x

STATE OF NEW YORK       )
                                 ss.
COUNTY OF WESTCHESTER   )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on July 21, 2008, I served upon:

Altier & Vogt, LLC
Philip P. Vogt, Esq.
Attorneys for Plaintiff, Elijah Chisolm
450 Seventh Avenue
36th Floor
New York, New York   10122

Producers Rice Mill, Inc.
P. O. Box 1248
Stuttgart, Arizona   72160

a true copy of the annexed **RULE 26.1 DISCLOSURE STATEMENT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:   July 21, 2008
         White Plains, New York

                                                _____
                                                Linda McKeiver

Sworn and subscribed
before me on July 21, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6069130
Qualified in Rockland County
Commission Expires 10/10/10