UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chisolm
              Plaintiff(s),

- v -

Producers Rice Mill
              Defendant(s).

------------------------------------------------------------X

**Case Management Plan**

08 CV. 4694 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by **11/20/08**

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions **11/21/08 @ 9:00 AM with principals**

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other **Service must be made by 8/20/08 -- Final**

**SO ORDERED:** New York, New York
7/24/08

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008