P 103-056442-01 218A-50206-1C DJC/ced
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIJAH CHISOLM,                                                    ECF CASE

        Plaintiff(s),        08 CV 4694 (RMB)

-against-                                                          ANSWER AND CROSS-CLAIM

PRODUCERS RICE MILL, INC. and                                      Trial by Jury Demanded
CHICAGO SWEETENERS, INC.,

        Defendant(s).        This Document has been filed
                                                                   Electronically.
------------------------------------------------------------------X

  Defendant PRODUCERS RICE MILL, INC., by its attorneys ROBIN, HARRIS, KING & FODERA, answering the complaint of the plaintiff herein:

  FIRST: Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs designated "FIRST", "SECOND" "FOURTH", "FIFTH", "NINTH", "TWELFTH", "THIRTEENTH", "FOURTEENTH", "FIFTHTEENTH" (sic). "SIXTEENTH", "SEVENTEENTH", "EIGHTEENTH" and "NINETENNTH" (sic) of the complaint.

  SECOND:  Denies upon information and belief each and every allegation contained in paragraphs designated "SIXTH", "TWENTIETH", "TWENTY-FIRST", "TWENTY-SECOND", "TWENTY-THIRD" and "TWENTY-FIFTH" of the complaint.

  THIRD:  Denies any knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs designated "SEVENTH", "TENTH" and "TWENTY-FOURTH" of the complaint and refers all questions of law to this Honorable Court.

FOURTH:  Denies each and every allegation contained in paragraph designated "ELEVNTH" (sic) of the complaint.

AS AND FOR A FIRST AFFIRMATIVE DEFENSE,
IT IS ALLEGED UPON INFORMATION AND BELIEF:

FIFTH:  That the injuries and damages, if any, alleged to have been sustained by plaintiff were caused, in whole or in part, by the culpable conduct of plaintiff.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE,
IT IS ALLEGED UPON INFORMATION AND BELIEF:

SIXTH:  That if the defendant is held liable in this case, its liability is limited pursuant to Article 16 of the C.P.L.R. to its equitable share determined with the relative culpability of each person or party causing or contributing to the total liability of non-economic loss.

SEVENTH:  That the defendant herein is not liable for more than its proportionate share of the damages pursuant to Article 16 of the C.P.L.R. and that plaintiff has not joined all potentially liable parties.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE,
IT IS ALLEGED UPON INFORMATION AND BELIEF:

EIGHTH:  Upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for medical care, dental care, custodial care of rehabilitative services, loss of earnings or other economic loss, has been or will with reasonable certainty be replaced or indemnified in whole or in part from a collateral source as defined in Section 4545(c) of the New York Civil Practice Law and Rules.

NINTH:  If any damages are recoverable against this said defendant, the amount of such damages shall be diminished by the amount of the funds which plaintiff has or shall receive from such collateral source.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, IT IS ALLEGED UPON INFORMATION AND BELIEF:

TENTH:  Any damages allegedly sustained by plaintiff were caused or contributed to in whole or in part by the plaintiff's failure to mitigate said damages, and if any judgment is recovered against this defendant, said judgment should be apportioned and reduced by the percentage of plaintiff's failure to mitigate said damages.

### AS AND FOR A CROSS-CLAIM AGAINST CO-DEFENDANT CHICAGO SWEETENERS, INC., THIS DEFENDANT PRODUCERS RICE MILL, INC. ALLEGES:

ELEVENTH:  That if the plaintiff sustained the injuries alleged in the plaintiff's complaint in the manner therein alleged, all of which has been denied by this defendant Producers Rice Mill, Inc. through any fault other than the fault of the plaintiff, then such injuries and damages were caused by the active, affirmative and primary negligence of the co-defendant Chicago Sweeteners, Inc..

TWELFTH:  That by reason of the foregoing this defendant Producers Rice Mill, Inc. is or will be entitled to have judgment over and against the co-defendant Chicago Sweeteners, Inc. in whole or in part as to any sum awarded to the plaintiff against this defendant Producers Rice Mill, Inc.

WHEREFORE, this defendant Producers Rice Mill, Inc. demands judgment dismissing the complaint of the plaintiff together with costs and disbursements, or in the event that plaintiff recovers any sum against this defendant Producers Rice Mill, Inc., then this defendant Producers Rice Mill, Inc. demands judgment over and against the co-defendant Chicago Sweeteners, Inc. as to any amount awarded to the plaintiff, together with the costs and disbursements of the defense of this action.

Dated: New York, New York
       July 30, 2008

                                                Yours etc.,

                      BY:_____/s_____
                           Doreen J. Correia
                           Associated with the Law Office of
                           ROBIN, HARRIS, KING & FODERA
                           Attorneys for Defendant(s)
                           PRODUCERS RICE MILL, INC.
                           One Battery Park Plaza, 30th Floor
                           New York, NY 10004-1437
                           (212) 487-9701

To:

Altier & Vogt, LLC
Attorneys for Plaintiff
450 Seventh Avenue, 36th Floor
New York, NY  10123
(212) 564-9090

Eustace & Marquez, Esqs.
Attorneys for Defendant
Chicago Sweeteners, Inc.
1311 Mamaroneck Avenue, 3rd Floor
White Plains, NY  10605
(914) 989-6650