P 103-056442-01 218A-50206-1C DJC/ced
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIJAH CHISOLM,                                                    ECF CASE

                Plaintiff(s),                       08 CV 4694 (RMB)

-against-                                                          RULE 7.1 DISCLOSURE
                                                                   STATEMENT
PRODUCERS RICE MILL, INC. and
CHICAGO SWEETENERS, INC.,                                          This Document has been filed
                                                                   Electronically.
                Defendant(s).
-------------------------------------------------------------------X   Trial by Jury Demanded

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant **PRODUCERS RICE MILL, INC.** certifies that it is a farmer owned cooperative Arkansas corporation that has no parent company, and that there are no publicly traded companies which own 10% or more of its stock.

Dated: New York, New York
      July 30, 2008

                                            Yours etc.,

                              BY:_____/s_____
                              Doreen J. Correia (DJC/3075)
                              Associated with the Law Office of
                              ROBIN, HARRIS, KING & FODERA
                              Attorneys for Defendant(s)
                              PRODUCERS RICE MILL, INC.
                              One Battery Park Plaza, 30th Floor
                              New York, NY 10004-1437
                              (212) 487-9701

To:

Altier & Vogt, LLC
Attorneys for Plaintiff
450 Seventh Avenue, 36th Floor
New York, NY  10123
(212) 564-9090

Eustace & Marquez, Esqs.
Attorneys for Defendant
Chicago Sweeteners, Inc.
1311 Mamaroneck Avenue, 3rd Floor
White Plains, NY  10605
(914) 989-6650