# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

AMENDED SUMMONS IN A CIVIL ACTION

ELIJAH CHISOLM,

CASE NUMBER: 08 Civ. 4694

Plaintiff,

v.

PRODUCERS RICE MILL, INC.,
RAFI INDUSTRIES d/b/a CHICAGO
SWEETENERS, INC., CSX CORPORATION
and CSX TRANSPORTATION, INC.,

Defendants.

**TO:** (Name and Address of Defendants)

ROBIN HARRIS KING & MODERA
Attorneys for Defendant/PRODUCERS RICE MILL, INC.
1 Battery Park Plaza, 30th Fl, New York, New York 10004
(914) 989-6638

EUSTACE & MARQUEZ
Attorney for Defendant/RAFI INDUSTRIES d/b/a CHICAGO SWEETENERS, INC.
1311 Mamaroneck Avenue, 3rd Floor, White Plains, New York 10605
(914) 989-6650

GOLDBERG SEGALLA LLP
Attorneys for Defendants/CSX CORPORATION, CSX TRANSPORTATION, INC.
170 Hamilton Avenue, Suite 203, White Plains, NY 10601-1717
914-285-8500

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY (Name and Address):**

   ALTIER & VOGT, LLC
   450 Seventh Avenue, 36th floor, New York, New York 10123
   (212) 564-9090

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                                    AUG - 5 2008
_____                             _____
CLERK                                                 DATE

_____
BY DEPUTY CLERK

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

Michael Kelly, being duly sworn, deposes and says:

I am not a party to this action; I am over 18 years of age;

I reside in Morris County, New Jersey.

On August 6, 2008, I served the within **AMENDED SUMMONS AND AMENDED COMPLAINT**, upon the following:

**ROBIN HARRIS KING & MODERA**
Attorneys for Defendant
**PRODUCERS RICE MILL, INC.**
1 Battery Park Plaza, 30th fl.
New York, New York  10004
Attn: Doreen Correia, Esq.
914-989-6638 - Fax: 603-334-7689

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**TOTAL SWEETNERS, INC. d/b/a CHICAGO SWEETENERS, INC.**
1311 Mamaroneck Avenue, 3rd floor
White Plains, NY  10605
914-989-6650  - Fax: 914-989-6638
Attn:  John R. Marquez (JM3623)

**GOLDBERG SEGALLA LLP**
Attorneys for Defendants
**CSX CORPORATION, CSX TRANSPORTATION, INC.**
170 Hamilton Avenue, Suite 203
White Plains, NY  10601-1717
914-285-8500 - 914-798-5400

the said addresses being designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

_____
Michael Kelly

Sworn to before me this
6 day of August 2008

_____
Notary Public

MICHAEL LEVINE
Notary Public, State of New York
No. 02LE5038635
Qualified in Nassau County
Commission Expires Jan. 30, 20__