## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing Answer to Amended Complaint with the Clerk of the SOUTHERN DISTRICT OF NEW YORK using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

**CHISOLM V. PRODUCERS RICE MILL ET AL**
**08 CIV. 4694**


Altier & Vogt, LLC
450 Seventh Avenue
36th Floor
New York, New York  10122

Robin Harris King & Modera
Attorneys for Defendant
Producers Rice Mill, Inc.
1 Battery Park Plaza 30th Fl.
New York, New York 10004

Goldberg & Segalla LLP
Attorneys for Defendants
  CSX Corporation and CSX Transportation, Inc.
170 Hamilton Avenue Suite 203
White Plains, New York 10601

                                            s/Janet Salaycik-Formisano
                                            Secretary to
                                            John R. Marquez
                                            EUSTACE & MARQUEZ
                                            Attorneys for Defendant
                                            Rafi Industries d/b/a Chicago
                                            Sweeteners, Inc.
                                            1311 Mamaroneck Avenue
                                            3rd Floor
                                            White Plains, New York  10605
                                            (914) 989-6650