P 103-056442-01 218A-50206-1C DJC/ced
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| ELIJAH CHISOLM, | ECF CASE |
| Plaintiff(s), | 08 CV 4694 (RMB) |
| -against- | RULE 7.1 DISCLOSURE STATEMENT |
| PRODUCERS RICE MILL, INC., RAFI INDUSTRIES d/b/a CHICAGO SWEETENERS, INC., CSX CORPORATION and CSX TRANSPORTATION, INC., | This Document has been filed Electronically. |
| | Trial by Jury Demanded |
| Defendant(s). | |

-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant **PRODUCERS RICE MILL, INC.** certifies that it is a farmer owned cooperative Arkansas corporation that has no parent company, and that there are no publicly traded companies which own 10% or more of its stock.

Dated: New York, New York
        September 03, 2008

                                                    Yours etc.,

                                        BY:_____s/_____

                                        Doreen J. Correia (DJC/3075)
                                        Associated with the Law Office of
                                        ROBIN, HARRIS, KING & FODERA
                                        Attorneys for Defendant(s)
                                        PRODUCERS RICE MILL, INC.
                                        One Battery Park Plaza, 30th Floor
                                        New York, NY 10004-1437
                                        (212) 487-9701

To:

Altier & Vogt, LLC
Attorneys for Plaintiff
450 Seventh Avenue, 36th Floor
New York, NY  10123
(212) 564-9090

Eustace & Marquez, Esqs.
Attorneys for Defendant
Rafi Industries d/b/a
Chicago Sweeteners, Inc.
1311 Mamaroneck Avenue, 3rd Floor
White Plains, NY  10605
(914) 989-6650

Goldberg Segalla, LLP
Attorneys for Defendants
CSX Corporation and
CSX Transportation, Inc.
170 Hamilton Avenue, Suite 203
White Plains, NY  10601
(914) 285-8500